# United States Court of Appeals for the Fifth Circuit

United States Court of Appeals
Fifth Circuit

**FILED**

**March 28, 2024**

Lyle W. Cayce
Clerk

————————

No. 23-30087

————————

Fucich Contracting, Incorporated; Kathleen Fucich; Clayton Fucich,

*Plaintiffs—Appellants*,

*versus*

Shread-Kuyrkendall & Associates, Incorporated; St. Bernard Parish; XL Specialty Insurance Company; Travelers Casualty and Surety Company of America,

*Defendants—Appellees*.

———————————————————————

Appeal from the United States District Court
for the Eastern District of Louisiana
USDC No. 2:18-CV-2885

———————————————————————

Before Higginbotham, Smith, and Higginson, *Circuit Judges*.

Per Curiam:[*]

AFFIRMED. Appellants have not identified any reversible error of law in either the district court's denial of partial summary judgment or the court's judgment following the bench trial. *See* 5th Cir. R. 47.6.

———————————————

[*] This opinion is not designated for publication. *See* 5th Cir. R. 47.5.